TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona
RUI WANG
FRANCES KREAMER HOPE
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
rui.wang@usdoj.gov
frances.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

FILED
2025 DEC -3 PM 2:40
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-05253 TUC-RCC(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Leo Reynoso,

        Defendant.

**I N D I C T M E N T**

Violations:

16 U.S.C. §§ 470ee(a) and (d)
(Unauthorized Excavation of Archaeological Resources)
Count 1

16 U.S.C. §§ 470ee(b)(1) and (d)
(Trafficking in Archaeological Resources)
Count 2

16 U.S.C. § 470gg(b)(1)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

1. At times material to this Indictment, in the District of Arizona, defendant LEO REYNOSO, without authorization, excavated, removed, or damaged, or attempted to do so, or otherwise altered or defaced archeological resources located on Indian lands belonging to the Gila River Indian Community, a federally recognized Indian tribe. On or about October 23, 2022, a Gila River Police Department officer cited REYNOSO, who is not an enrolled tribal member, for digging or carrying soil or objects, while utilizing a metal detector, and trespassing on the Gila River Indian

Reservation. On October 24, 2022, REYNOSO acknowledged to an associate in a private e-mail that he knew the Gila River Indian Reservation was off limits.

2. Data recovered from REYNOSO's cellular telephone indicated he was present at or near Morgan's Ferry, an archeological site, on the Gila River Indian Community on April 7, 2023.

3. On April 24, 2023, REYNOSO posted a photo on Facebook depicting numerous artifacts, including coins, buttons, crucifixes, and other items, stating he had found them "near an old ferry, store, Stage stop and military camp."



4. In May of 2023, REYNOSO contacted a prominent coin and artifact collector in Tucson, Arizona. REYNOSO told the collector that he had found rare Indian Trader tokens at a "private" location, at night. When the collector told REYNOSO that he should "back hoe" the site, REYNOSO responded that he would "strip mine" the location but that it would take time.

5. On August 29, 2023, REYNOSO sent a private e-mail detailing additional tokens and artifacts found at a location he called "sweetwater." REYNOSO claimed to have sold additional artifacts to the Tucson-based collector for $2,000. Cellular tower data and data from REYNOSO's cellular telephone indicated he had been present at a known archeological site, Sweetwater Trading Post, located on the Gila River Indian Community, around the time of the e-mail.

6. Cellular tower and phone data showed REYNOSO was present at or near archeological sites Morgan's Ferry and Maricopa Wells, on the Gila River Indian Community, on or about January 5-6, 2024. On January 6, 2024, REYNOSO posted on Facebook stating that he had found an 1835 Capped Bust Dime at an "abandoned town/stage stop." Around the same time, a Facebook user privately messaged REYNOSO warning him to be cautious as to where he was searching for artifacts, due to strict laws in Arizona.

7. On February 21, 2024, REYNOSO posted on Facebook that he had sold a "Sacaton, AZ Indian Trader Token" to a private collector for $1,500, and included a photo displaying a stack of $50 bills.



8. Cellular tower and phone data showed REYNOSO was present in the vicinity of archeological sites Morgan's Ferry, Maricopa Wells, Sweetwater Trading Post, and Sacaton Butterfield Stage Stop, on the Gila River Indian Community, on or about March 15, 2024. Cellular tower data showed REYNOSO was present at or near Morgan's Ferry on or about April 19, 2024.

9. On May 13, 2024, REYNOSO sent a private e-mail to an associate discussing his recent artifact finds. REYNOSO included GPS coordinates of the location, which correspond with the Morgan's Ferry archeological site. REYNOSO stated that he had located, among other items, an 1864 Seated Half Dime and a U.S. Civil War-

era belt buckle. In the same e-mail, REYNOSO also described other artifacts he found at "Sweetwater," including tokens and jewelry.

10. In a June 4, 2024 e-mail, REYNOSO claimed he had made close to $9,000 from artifacts excavated from a Gila River Indian Community site.

11. On September 27, 2024, Gila River Police Department officers, with assistance from United States Forest Service agents, executed a search warrant at REYNOSO's home in Tucson. Numerous artifacts, including coins, buttons, belt buckles, shell casings, and other items were in the house. Law enforcement officers also found notebook ledgers with entries describing locations on the Gila River Indian Community and an inventory of items found at each site, along with several physical items matching the descriptions.

12. An archeological damage assessment of the Gila River Indian Community sites, covering Districts 3, 5, and 6, estimated the commercial value of 43 artifacts taken by REYNOSO to be approximately $5,700. The assessment also estimated the archeological value to be approximately $29,000, and the cost of restoration and repair to be approximately $23,000.

## COUNT 1

On or about October 23, 2022 through September 27, 2024, in the District of Arizona, defendant LEO REYNOSO, without a permit, did knowingly excavate, remove, damage and otherwise alter and deface and attempt to excavate, remove, damage, and otherwise alter and deface an archaeological resource located on Indian lands, to wit: the Gila River Indian Community, the commercial and archaeological value and cost of restoration and repair of which exceeds the sum of $500.

In violation of Title 16, United States Code, Section §§ 470ee(a) and (d).

/ / /

/ / /

/ / /

/ / /

## COUNT 2

On or about October 23, 2022 through September 27, 2024, in the District of Arizona, defendant LEO REYNOSO, without a permit, did knowingly sell, purchase, exchange, transport, receive, or offer to sell, purchase, or exchange an archaeological resource that was excavated or removed from Indian lands, to wit: the Gila River Indian Community, in violation of Title 16, United States Code, Section § 470ee(a), the commercial and archaeological value and cost of restoration and repair of which exceeds the sum of $500.

In violation of Title 16, United States Code, Section §§ 470ee(b)(1) and (d).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One and Two of the Indictment, the defendant, LEO REYNOSO, shall forfeit to the United States pursuant to Title 16, United States Code, Section 470gg(b)(1), all archaeological resources with respect to which a violation of Title 16, United States Code, Sections 470ee(a), (b), or (c) occurred and which are in the possession of any person, and all vehicles and equipment of any person which were used in connection with such violation.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

///

All pursuant to Title 16, United States Code, Section 470gg(b)(1), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: 12/3/25

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

RUI WANG
FRANCES KREAMER HOPE
Assistant U.S. Attorney